# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Douglas Campbell Raleigh,<br><br>          Plaintiff,<br><br>     v.<br><br>United States of America; et al.,<br><br>          Defendants. | Case No. 2:25-cv-00402-JAD-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Douglas Campbell Raleigh's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis* (which means to proceed without paying the filing fee). Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **June 2, 2025,** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and a copy of the approved form application to proceed *in forma pauperis* as well as its instructions.[1]

**IT IS FURTHER ORDERED** that on or before **June 2, 2025,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

---

[1] This application can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action along with a complaint on one of this Court's approved forms on or before **June 2, 2025**, the Court will recommend dismissal of this action.

DATED: May 2, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE